ORIGINAL



FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0425

BENJAMIN JOSEPH POOLE,

Petitioner,

v.

JASON VALDEZ,
Yellowstone County Detention Center,

Respondent.

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Benajamin Joseph Poole has filed a petition for a writ of habeas corpus, indicating that his incarceration is illegal. He states that he has been incarcerated since January 20, 2022, on a pending criminal case and that he has no attorney and no discovery. He further states that his "right to file motions for anything regarding [his] case has been taken away." Poole adds that he cannot file motions for a bond reduction and that his original counsel withdrew. He contends that after a month he still has no counsel and that he is also looking at a revocation of a sentence in another case. Poole requests his release because his due process rights have been violated and that he cannot prepare for his case "under these conditions."

At the outset, it appears Poole has counsel in his pending matters and the court has appropriately prohibited him from filing motions or other pleadings on his behalf while represented by counsel. *See State v. Samples*, 20005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191.

This Court secured copies of the pertinent registers of actions for his recent underlying matters. The State brought charges against Poole in February 2021 (2021 case). Poole and the State entered a plea agreement in October 2021. Since then, the Yellowstone County District Court has issued several bench warrants. In January 2022, the State filed

other charging documents in a separate case (2022 case). Poole's sentencing in his 2021 case as well as the jury trial in his 2022 case have been continued, and the court held a *Faretta* hearing[1] on June 22, 2022, in both cases. As of July 20, 2022, Poole has been reassigned new counsel in his 2021 case.

Poole seeks the wrong remedy for his alleged constitutional violations. Habeas corpus is not the remedy for constitutional claims, such as due process. *Gates v. Missoula Cnty. Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988).

Habeas corpus affords an applicant an opportunity to challenge the legality of his present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d 337. The causes of Poole's incarceration are his pending criminal cases in the District Court. Poole has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. Poole is not entitled to his release or dismissal of the charges.

Accordingly,

IT IS ORDERED that Poole's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Mary Jane Knisely, District Court Judge; Terry Halpin, Clerk of District Court, Yellowstone County, under Cause Nos. DC-2021-220 and DC-2022-081 and for distribution to counsel of record in his underlying matters; Captain Valdez, YCDC; counsel of record, and Benjamin Joseph Poole personally.

DATED this ⟨2nd⟩ day of August, 2022.

_____

_____

---

[1] *Faretta v. California*, 422 U.S. 806, 835, 95 S. Ct. 2525, 2541 (1975) ("When an accused manages his own defense, he relinquishes, as a purely factual matter, many of the traditional benefits associated with the right to counsel.").

2

_____

_____

_____
                Justices